**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at** Choose an item.

In re:

_Claci Alexandra Noboa_____ ,

**Debtor.**
Ignacio David Noboa

Co-Debtor

**Case Number:** _____
**Chapter 13**

**CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN**

*Select Section 1, A, B, or C, and complete Sections 2 and 3 if applicable, even if Section 1.A. is selected.*

1.      (Select A, B, or C):

   X
   _____    A.    PLAN FILED WITH PETITION.  This is an original plan, filed concurrently with the petition, which will be mailed by the Clerk of the Court to all creditors on the matrix.   *[THIS OPTION MAY ONLY BE USED WHEN THE PLAN IS FILED WITH THE PETITION.]*

   _____    B.    AMENDED PLANS ONLY INCREASING PAYMENTS:   The amended Chapter 13 plan [filed herewith OR filed on _____, 20___ ] , makes no changes from the last previously-filed plan other than to increase the amount payable under the plan.   In such event, no service is required.  *[THIS OPTION MAY ONLY BE USED WHEN AN AMENDED PLAN IS FILED AND IT INCREASES THE AMOUNT PAYABLE UNDER THE PLAN BUT MAKES NO OTHER CHANGES.]*

   _____    C.    ALL OTHER PLANS:   This is to certify that on _____ _____, 20____,  I caused

   (i)      the Chapter 13 plan [filed herewith OR filed on _____ _____, 20___ ] ; and

   (ii)     if applicable, the Order Denying Confirmation with Leave to Amend dated _____, 20___ [if (ii) is not applicable, place "N/A" in the blank];

   to be mailed by first class mail, postage prepaid, to all parties in interest on the attached matrix or list.  (If any parties on the matrix were served by CM/ECF rather than mail, so indicate on the matrix with the email address served as indicated on the CM/ECF Notice of Electronic Filing.)

2. *Check and complete this Section and Section 3 if liens are proposed to be valued or avoided through the plan.*

_____ I caused the Chapter 13 plan [filed herewith OR filed on _____, 20 _____] to be served pursuant to Federal Bankruptcy Rule 7004 on the following creditor whose lien is proposed to be impacted by the plan (and not by separate motion) under plan paragraph 5.1 or 5.3.  State address served and method of service.   See Bankruptcy Rule 7004(h) if the party served is an insured depository institution.   Attach separate sheets or repeat this paragraph for each such creditor served.

Name of Creditor:          _____
Person Served:

Title/Position:
Address:                         _____
                                      _____
City, State Zip:                _____
Method of Service:          _____
Date Served:                   _____

Select A or B for the above-named creditor:

_____  A.    A proof of claim has been filed with respect to the lien or claim at issue prior to service of the plan.  I also mailed a copy of the plan and supporting documents under Section 3 below to the claimant at the name and address where notices should be sent as shown on the proof of claim.

_____  B.    No proof of claim has been filed for the lien or claim at issue.

3.    _____  Along with each copy of the plan served under Section 2, I included copies of documentation supporting the debtor's entitlement to the relief sought in plan paragraph 5.1 or 5.3 with respect to that creditor (for example, documents establishing the value of the property and the amount of any prior liens and the lien at issue), which I have also filed with the Court as a supplement to the plan. ***This supplemental material need not be served with the plan on all creditors, but it must be served on the affected secured creditors.***

_____  This is an amended plan and the documentation supporting the debtor's entitlement to the relief sought in plan paragraph 5.1 or 5.3 has been previously served and filed as ECF docket entry _____.

I hereby certify that the foregoing is true and correct.

Dated: _____March 5, 2026_____            /s/ Timothy Chambers, Esq.
                                          _____
                                          Debtor, Debtor's Attorney, or
                                          Other Person Effecting Service