UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

IN RE

CLACI ALEJANDRA NOBOA
IGNACIO DAVID NOBOA HEREDIA

Debtor(s)

Chapter 13
Case NO. 26-12378-MECR

### NOTICE ENTERING APPEARANCE AND REQUEST FOR ALL NOTICES

Dear Clerk:

Please enter the appearance of Mark D. Meyer, Esq. and Rosenberg & Associates, LLC, as the attorneys of record on behalf of Valon Mortgage Inc. .  Please add my name to the mailing matrix and send all notices to:

Mark D. Meyer, Esq.
4340 East West Highway, Suite 600
Bethesda, MD 20814

/s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of March, 2026, a copy of the foregoing Notice Entering appearance was mailed, first class postage prepaid, or emailed, to the following:

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

Timothy Chambers
1997 Annapolis Exchange Parkway, #300
Annapolis, MD 21401

Page 1

Claci Alejandra Noboa

14501 Keeneland Circle

Gaithersburg, MD 20878


Ignacio David Noboa Heredia

14501 Keeneland Circle

Gaithersburg, MD 20878

/s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000