**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

|  |  |  |
|---|---|---|
| **IN RE:** | ) | |
| **CLACI ALEJANDRA NOBOA AND** | ) | **CASE NO.  26-12378** |
| **IGNACIO DAVID NOBOA** | ) | **CHAPTER 13** |
| **HEREDIA** | ) | |
| **DEBTORS** | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 2019 INFINITI QX80, VIN: JN8AZ2NE2K9237070 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER \*\*\*\*\*\*\*0001**

NOW COMES Langley Federal Credit Union, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr., Winston-Salem, NC 27103
MDBKR@brockandscott.com

Langley Federal Credit Union
11742 Jefferson Avenue
Suite 300
Newport News, Virginia 23606

Please take notice that the undersigned hereby appears as counsel for Langley Federal Credit Union pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of

26-09303 BKSUP01

 

the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the

instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ /s/ M. Christine Maggard
Andrew Spivack, MD Fed. Dist. No. 21497
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com

26-09303 BKSUP01

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  March 23, 2026          , the following persons were served a copy of the Notice of Appearance in the manner described below:

Via CM/ECF electronic notice:

Timothy Chambers, Esq.
1997 Annapolis Exchange Parkway
#300
Annapolis, MD 21401
*Counsel for Debtor*

Rebecca A. Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*

Via First Class Mail:

Claci Alejandra Noboa
14501 Keeneland Circle
Gaithersburg, MD 20878

Ignacio David Noboa Heredia
14501 Keeneland Circle
Gaithersburg, MD 20878
*Debtor*

/s/  /s/ M. Christine Maggard
_____
Andrew Spivack, MD Fed. Dist. No. 21497
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com

26-09303 BKSUP01